UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FILED

JAN 05 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jerrad Williams<br><br>Defendant. | Case No. 4:18-cr-00547-JSW-1<br><br>**ORDER FOR IMMEDIATE RELEASE** |

GOOD CAUSE APPEARING, the United States Marshal's Service is hereby ordered to immediately release Jerrad Williams from custody. Defendant is ordered to abide by all previously ordered terms and conditions of Supervised Release.

DATED: January 5, 2023

*[signature]*
HON. KANDIS A. WESTMORE
United States Magistrate Judge