CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON  (CABN 324705)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7356
    FAX: (415) 436-7200
    Wistar.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:18-cr-00547-JSW [KAW] |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| JARRAD BRANDON WILLIAMS, | |
| Defendant. | |

On December 10, 2025, defendant Jarrad Brandon Williams was charged in a Petition for Warrant for Person Under Supervision (also known as a "Form 12") with violating the conditions of his supervised release, in violation of Title 18, United States Code, Section 3583(e).

This matter came before the Court on February 4, 2026, for a detention hearing.  The defendant was present and represented by Assistant Federal Public Defender John Reichmuth.  Assistant United States Attorney E. Wistar Wilson, standing in for Assistant United States Attorney Karen Beausey, appeared for the government.  The government moved for detention, and the defendant opposed.  At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has not met his burden to show by clear and convincing

evidence that the defendant does not pose a danger to any other person or the community.  *See* Fed. R. Crim. P 32.1(a)(6); 18 U.S.C. § 3143(a)(1).  Accordingly, the defendant must be detained pending resolution of this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion:  given the seriousness of the alleged violation conduct in the Form 12—including the defendant's alleged possession of a firearm and ammunition, as well as marijuana and cocaine—and the defendant's prior criminal offense conduct, the defendant poses a danger to the safety of the community that cannot reasonably be mitigated by conditions of release, and the defendant has not met his burden to show otherwise by clear and convincing evidence.  This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: February 5, 2026

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

DETENTION ORDER                                        2
4:18-cr-00547-JSW [KAW]